IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.        Criminal No. 06-50005-001

GABRIEL GARCIA                                                    DEFENDANT

O R D E R

Now on this 13th day of May, 2008, comes on for consideration defendant's **Ex-Parte Motion To Waive The Defendant's Fine, Or To Hold It In Abeyance** (document #67), and from said motion, and the response thereto, the Court finds that said motion should be denied. The circumstances in which the Court may alter a previously-imposed sentence are limited. They include a meritorious motion of the government pursuant to **F.R.Cr.P. 35** or **18 U.S.C. §3573;** a meritorious motion of the defendant pursuant to **28 U.S.C. §2254** or **§2255;** and remand for resentencing following appeal. Defendant's motion does not fall within any of these categories.

**IT IS THEREFORE ORDERED** that defendant's **Ex-Parte Motion To Waive The Defendant's Fine, Or To Hold It In Abeyance** (document #67) is **denied.**

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE